# United States District Court
## for the
## Eastern District of Arkansas



### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Shannon Marie Hill                Case Number: 4:05CR00178-003 SWW

Name of Sentencing Judicial Officer:    Honorable Susan Webber Wright
                                        United States District Judge

Offense:           Conspiracy to commit wire fraud

Date of Sentence:  May 31, 2007

Sentence:          3 years probation, 4 months home detention with electronic monitoring, DNA collection, financial conditions, $120,000 restitution and $100 special penalty assessment

Type of Supervision:  Probation            Date Supervision Commenced: May 31, 2007
                                           Expiration Date: May 30, 2010

Asst. U.S. Attorney:  John Bush            Defense Attorney: To be determined

U.S. Probation Officer: Dwayne M. Ricks
Phone No.: 501-604-5273

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

> The defendant shall make monthly restitution payments in the amount of $50 per month until paid in full.

## CAUSE

Ms. Hill was initially required by the Court to make restitution payments in the amount of ten percent of her gross monthly income. However, since being on probation Ms. Hill has not made any restitution payments. Recently, Ms. Hill was required to submit a Prob 48B Monthly Cash Flow Statement. After reviewing this form and speaking to Ms. Hill, it was determined that she was unable to submit the amount of restitution ordered by the Court. On July 30, 2008, Ms. Hill signed the attached Prob 49 waiving her right to a hearing and agreeing to modify her conditions to reduce her restitution payments to $50 per month. Assistant Federal Public Defender Jerome Kearney has agreed to the modification.

Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Shannon Marie Hill                Case Number: 4:05CR00178-003 SWW

_Dwayne Ricks_                                      _John E. Bush_
Dwayne M. Ricks                                     John Bush
U.S. Probation Officer                              Assistant U.S. Attorney

Date: 8/5/08                                        Date: 8-11-8

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

_Susan Webber Wright_
Signature of Judicial Officer

August 25, 2008
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_Rebecca Fulmer_
Supervising U.S. Probation Officer

DMR/jkr

c: Federal Public Defender's Office, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
   Assistant U.S. Attorney, John Bush, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall make monthly restitution payments of $50 per month until paid in full.

Witness: _____  Signed: _____
U.S. Probation Officer                        Probationer or Supervised Releasee

07-30-08
DATE